UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

RVRG HOLDINGS LLC,

           **Plaintiff(s),**

      - against -

007 FACTORY DIRECT STORE, et al.

           **Defendant(s),**
------------------------------------------------------------X

23 Civ. 10745 (PKC)

**CLERK'S CERTIFICATE OF DEFAULT**

I, **RUBY J. KRAJICK, Clerk of the United States District Court for the Southern District of New York**, do hereby certify that this action was commenced on 12/11/2023 with the filing of a summons and complaint, a copy of the summons and complaint was served on defendant(s) See Attachment A by personally serving Defaulting Defendants by email pursuant to the Court's 12/13/2023 and 12/19/2023 Orders on 1/16/2024 and 2/5/2024, and proof of service was therefore filed on 2/1/24 and 3/14/24, Doc. #(s) 15, 20.

I further certify that the docket entries indicate that the defendant(s) has not filed an answer or otherwise moved with respect to the complaint herein. The default of the defendant(s) is/are hereby noted.

**Dated:** New York, New York
        May 23, 2024

                                      **RUBY J. KRAJICK**
                                      Clerk of Court

                    **By:** _____
                                      **Deputy Clerk**

## ATTACHMENT A

1. 007 Factory Direct Store
2. 1 By 1 Best Luxury Store
3. 555555 Store
4. 884886 CH Store
5. After 17 Store
6. Angel Sword Store
7. Antao Store
8. Black White Gray
9. BOBO Handsome
10. Changzhou Henry Import And Export Co., Ltd.
11. CHENYOOU Store
12. Chongqing Xinjingqi Import And Export Trade Co., Ltd.
13. CHOSEN Luxury Store
14. Close lover Store
15. D+travel by Walking Store
16. Desert Spring
17. Dongguan Hongguan Garment Co., Ltd.
18. Dongguan Longna Garment Co., Ltd.
19. Dongguan Xuanzhige Apparel Co., Ltd.
20. FAR FOREVER Store
21. FASHALLIANCE Store
22. Fashion Quality Clothing Store
23. Foshan Chancheng Youku Shoe Firm
24. Foshan Peanut Xishi Trading Co., Ltd.
25. Fuzhou Changtai Textile Co., Ltd.
26. Fuzhou HG Clothing.,Ltd
27. Fuzhou Untitled Trade Co., Ltd.
28. GET WELL Store
29. Gift In Collections Limited
30. Gods Will Store
31. Gold-small orders online Store
32. Googo Store
33. Great Horn Deer Store
34. Guangxi Excellent Import And Export Trading Co., Ltd.
35. Guangzhou Benli Clothing Co., Ltd.
36. Guangzhou Hongcheng Clothing Co., Ltd.
37. Guangzhou Jenny Textile Co., Ltd.
38. Guangzhou Muqiu Apparel Co., Ltd.
39. Guangzhou Three Good Fashion Import & Export Co., Ltd.
40. Himan Store
41. Hip Friend Store
42. Hi-smile Store

43. Huzhou Jindou Network Technology Co., Ltd.
44. Jiangxi Heywe Garment Co., Ltd.
45. Jiangxi Komar Clothing Co., Ltd.
46. Jiangxi Nuoyuanda Technology Co.
47. Jiangxi Smile Clothing Co., Ltd.
48. Jiangxi Xinda Garment Co., Ltd.
49. ku li Store
50. LDCLFY180212
51. LONG SHEGNG Store
52. Mandarin Fish Store
53. MARN 123
54. May Factory Store
55. MEETYOOU Store
56. Mingmin8341 Store
57. Morning Twilight Store
58. mr-wardrobe Store
59. My Wife Store
60. Nanchang Hollywin Clothing Co., Ltd
61. Nanchang Tengcai Clothing Trade Co., Ltd.
62. Nanchang Tengwei Garment Co., Ltd.
63. Niceky Official Store
64. Old Tailor Store
65. OP Eric Emanuel 998 Store
66. Open Store
67. Pang-1983 Store
68. PRC Hip Hop Store
69. PRC Streetwear Store.
70. Quanzhou Bukai Trade Co., Ltd.
71. Quanzhou Nike Fans Trading Co., Ltd.
72. Quanzhou Ruike Apparel Co., Ltd.
73. Quanzhou Si Gu Bo Fei Shoes And Clothing Trade Co., Ltd
74. Quanzhou Weitai Clothing Co., Ltd.
75. Rhude Fashion Store
76. Rhude Store
77. RHUDE Store Store
78. RHUDE TATA Store
79. RSRF Store
80. Shangpin Clothing Store
81. Share 819 Store
82. Shenzhen Ankexin Trading Co., Ltd.
83. Shenzhen Doger Clothing Co., Ltd.
84. Shenzhen Huichuanglin Technology Co., Ltd.
85. Shenzhen Shierxi Garment Co., Ltd.

86. Shenzhen Sincereal Clothing Co., Ltd.
87. Shenzhen Tonchung Sport Garment Co., Ltd.
88. Shine-sun Store
89. Shishi City Boxinyu Clothing Firm
90. Shop Invincible Beauty Man Store
91. Shop Struggler Store
92. Shop1102170418 Store
93. Shop1102277082 Store
94. Shop1102637520 Store
95. Shop1102648882 Store
96. Shop1102721335 Store
97. Shop1102725476 Store
98. Shop1102809838 Store
99. Shop1102887931 Store
100. shopping Harajuku Store
101. Simple-fun Store
102. SOCOOOL Store
103. Streetwear-Sup Store
104. Summer Time Store
105. To The Moon Store
106. Toto321 Store
107. Trustworthy2023 Store
108. Unqxo Store
109. VOGUES Store
110. Wind of Freedom Store
111. Xiamen Ahong Youxuan Trading Co., Ltd.
112. Xiamen Gymwish Technology Co., Ltd.
113. Xiamen Huidoufeng Network Technology Co., Ltd.
114. Xiamen Lingyao Technology Co., Ltd.
115. Xiamen Linjiasheng International Trade Co., Ltd.
116. Xiamen Yushiheng Garments & Accessories Co., Ltd.
117. Xiamen Zongyo Industry Co., Ltd.
118. X-PART Store
119. XURONG Store
120. YINGEER Store
121. Yiwu Lvyuan Sportswear Firm
122. You Wardrobe Store
123. Yujiang Leyou Clothing Store
124. Zhangzhou Youlaike Network Technology Co., Ltd.
125. Zhejiang Yeahsun Import&Export Co., Ltd.
126. Zhongshan Kawasaki-Bulls Trade Co., Ltd
127. Zhuo Yue Fashion Store