UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

RVRG HOLDINGS LLC,

                Plaintiff,

v.

007 FACTORY DIRECT STORE, *et al*,

                Defendants.

23-cv-10745 (PKC)

ORDER

---

CASTEL, U. S. D. J.

      On June 18, 2024, the Court entered default judgment against the Defaulting Defendants in this action. (ECF 41 (the "Default Judgment Order").) The Court ordered plaintiff to file a statement of position regarding the Fourth Cause of Action, which was not addressed in its proposed Default Judgment Order. Plaintiff duly submitted a letter acknowledging that it had inadvertently failed to include the dismissal of the Fourth Cause of Action in Paragraph I(1) of the Default Judgment Order. (ECF 42.)

      It is hereby ORDERED that Paragraph I(1) of the Default Judgment Order (ECF 41) is amended to read as follows: "Judgment is granted in favor of Plaintiff for the First and Second Causes of Action pleaded against Defaulting Defendants in the Complaint; the Third and Fourth Causes of Action are dismissed without prejudice."

      SO ORDERED.

                                          P. Kevin Castel
                                        United States District Judge

Dated:   New York, New York
           July 2, 2024